| *Attorney or Party without Attorney:*<br>Law Offices Of: Michael Cosentino<br>P.O. Box 129<br>Alameda, CA 94501<br>Telephone No: 510 523-4702   FAX No: 510 747-1640 | | | | *For Court Use Only*<br><br>**FILED**<br>AUG 1 2 2008<br>RICHARD W. WIEKING<br>CLERK U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |
|---|---|---|---|---|
| *Attorney for:* Plaintiff | *Ref. No. or File No.:*<br>USA v Nobel aka Sirowy | | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>UNITED STATES DISTRICT COURT DISTRICT | | | | |
| *Plaintiff:* United States of America | | | | |
| *Defendant:* Darla R. Nobel aka Darla R. Sirowy | | | | |
| **PROOF OF SERVICE<br>SUMMONS & COMPLAINT** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV 08-2077 |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons (And) Complaint; Ecf Registration Information Handout

3. a. Party served:                          Darla R. Nobel aka Darla R. Sirowy
   b. Person served:                         Larry Nobel - co tenant

4. Address where the party was served:      5209 Hanson Drive
                                             Antioch, CA 94531

5. I served the party:
   b. **by substituted service.** On: Tue., Jul. 22, 2008 at: 7:44PM by leaving the copies with or in the presence of:
      Larry Nobel - co tenant
   (2) **(Home)** Person of suitable age and discretion. I informed him or her of the general nature of the papers.
   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., 415.20). I mailed the document on: Tue., Jul. 22, 2008 from: San Bruno, CA
   ~~(5) I attach a declaration of diligence stating actions taken first to attempt personal service.~~

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   a. as an individual defendant

7. **Person Who Served Papers:**                          Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. A'Tiffa Wilson                         d. **The Fee** for Service was:    $55.00
   b. S&R Services                           e. I am: (3) registered California process server
      851 Cherry Avenue #27-105                   (i) Owner
      San Bruno, CA 94066                         (ii) Registration No.:
   c. (650) 794-1923, FAX (650) 794-1943         (iii) County:           San Mateo

8. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

Date: Wed, Jul. 23, 2008

*A Wilson*
(A'Tiffa Wilson)

Judicial Council Form POS-010           PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007   SUMMONS & COMPLAINT                                  micos.5202